ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
General Electric Company )       ASBCA Nos. 59730, 60155
)
Under Contract Nos. F33657-98-D-0019 )
NAS3-01135 )
F33615-03-C-5230 )
N00019-03-D-0003 )
H92238-05-C-0002 )
DAAH10-01-D-0001 )
FA9201-10-C-0206 )
N00383-11-D-002M )
FA8650-09-D-2922 )
F33657-99-D-2050 )

APPEARANCES FOR THE APPELLANT:        Gregory A. Smith, Esq.
Stephen D. Knight, Esq.
Smith Pachter McWhorter PLC
Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:        Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Lawrence S. Rabyne, Esq.
Trial Attorney
Defense Contract Management Agency
Arlington Heights, IL

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 8 February 2017

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59730, 60155, Appeals of General Electric Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals